WILLIAM E. MOWBRAY, Appellant, *v.* HARRIET DE
   FOREST, as Ancillary Executrix of the Estate of
   WILLIAM H. DE FOREST, JR., Deceased, Respondent,
   Impleaded with Others.

*Mowbray* v. *De Forest*, 160 App. Div. 931, appeal dismissed.
(Submitted October 5, 1914; decided October 6, 1914.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
January 30, 1914, which affirmed an order of Special

Term denying a motion for leave to renew a motion for a new trial upon the ground of newly-discovered evidence.

*William E. Mowbray,* appellant, in person.

*Herbert R. Limburg* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.